United States District Court
Southern District of Texas
**ENTERED**
October 19, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| John J. McPhillips, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION: 4:16-2463 |
| Conroe ISD, | § § § | |
| Defendants. | § | |

### ORDER

A pretrial conference in the above referenced case is set for October 31, 2017 at 2:00 p.m., before United States District Judge David Hittner, Courtroom 8-A, 515 Rusk, Houston, TX.

Signed this _____19_____ day of October, 2017.


_____
David Hittner
United States District Judge